# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Demetrio Quintero-Felix,<br>a.k.a.: Demetrio Quintero-Ontivero,<br>(A201 027 031)<br>*Defendant* | Case No. 18-7161MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 7, 2018, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Demetrio Quintero-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California on or about November 3, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:
**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Jillian M. Besancon for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Derek C. Boudreault,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 14, 2018

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

# STATEMENT OF PROBABLE CAUSE

I, Derek C. Boudreault, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 7, 2018, Demetrio Quintero-Felix was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Quintero-Felix was examined by ICE Officer K. Beldad who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On May 12, 2018, Quintero-Felix was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Quintero-Felix was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Demetrio Quintero-Felix to be a citizen of Mexico and a previously deported alien. Quintero-Felix was removed from the United States to Mexico through San Ysidro, California, on or about November 3, 2010, pursuant to an order of removal issued by an immigration official. There is no record of Quintero-Felix in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to

return to the United States after his removal. Quintero-Felix's immigration history was matched to him by electronic fingerprint comparison.

4. On May 12, 2018, Demetrio Quintero-Felix was advised of his constitutional rights. Quintero-Felix freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about May 7, 2018, Demetrio Quintero-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about November 3, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Derek C. Boudreault,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 14th day of May, 2018.

Bridget S. Bade,
United States Magistrate Judge